# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-0678
LT Case No. 2004-CF-48726

_____

TERENCE F. LEONARD,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.800 Appeal from the Circuit Court for Brevard County.
Samuel Bookhardt, III, Judge.

Terence F. Leonard, Daytona Beach, pro se.

No Appearance for Appellee.

July 2, 2024

PER CURIAM.

AFFIRMED.

LAMBERT, JAY, and PRATT, JJ., concur.

———————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————————